UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM L. ASKEW, SR. AND ) | |
| TOORA B. ASKEW ) | |
|       Plaintiffs, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 2:18-CV-7-FL |
| SETERUS, INC. ) | |
|       Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 31, 2018, and for the reasons set forth more specifically therein, that the defendant's motion to dismiss is GRANTED and Plaintiffs' claims are DISMISSED against defendant.

**This Judgment Filed and Entered on May 31, 2018, and Copies To:**
William L. Askew, Sr. And Toora B. Askew (via US mail) 1000 Robinson Road, Portsmouth, VA 23701
Cassandra Lauren Crawford (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| May 31, 2018 | PETER A. MOORE, JR., CLERK |
| |   /s/ Sandra K. Collins |
| | (By) Sandra K. Collins, Deputy Clerk |